# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

---

**JUDGMENT IN A CIVIL CASE**

BRADLEY DORSEY,

      Plaintiff,

                             Case No.  23-cv-00952-SRB-P

ZACHARY THOMPSON, et al.,

        Defendants.

○    **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

x    **DECISION OF THE COURT**.   This action came for consideration before the Court.   The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Plaintiff's allegations fail to state a claim, are legally frivolous, and seek monetary relief against officials who are immune. This case is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i)–(iii).

Entered on: <u>March 14, 2024.</u>

                                     PAIGE WYMORE-WYNN
                                     CLERK OF COURT

                                 <u>/s/ K. Willis</u>
                                 (By) Deputy Clerk